LAW OFFICE OF ERIC M. SEARS, P.C.
----------------------------------------------------------

**Eric M. Sears**
**Attorney at Law**
---------------------------------------

**110 East 59th Street, 23rd floor**
**New York, NY  10022**

**Tel. 212-252-8560  Cell: 917-929-2096**
**email: emsearsesq@aol.com**

November 22, 2021.

Hon. Ronnie Abrams
United States District Judge
Southern District of New York

    Re: US v. Guillermo Ovalle   11 Cr. 1065 (RA)

Dear Judge Abrams:

    Please accept this letter as a motion to be relieved and for the appointment of counsel.

    Although I do not have a recollection of this case, it appears from Pacer that I represented Mr. Ovalle while the case was pending in Magistrate Court back in 2011.  I have today been informed by AUSA Robert Sobelman that the case has been reactivated and is pending before Your Honor.  I am no longer practicing in federal court, and have not been for some time, and I am no longer on the CJA panel.

    I am requesting, therefore, that I be relieved, and new counsel be appointed.

                          Respectfully,

                            /S/

                          Eric M. Sears

cc. *by email*
   ADA Rober Sobelman

---

Application granted. The CJA on duty for today shall represent Mr. Ovalle. Mr. Sears is relieved as counsel and shall be terminated on the docket.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
November 22, 2021