UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

```
------------------------------------x
                                    :
UNITED STATES OF AMERICA            :
                                    :
        -against-                   :           ORDER
                                    :
    Guillermo Ovalle                :
                                    :       11 Cr. 1065 (RA)
                                    :       ─────────────────
                                    :           Docket #
                                    :
------------------------------------x
```

____Ronnie Abrams____, **DISTRICT JUDGE**:
    Judge's Name

The C.J.A. attorney assigned to receive cases on this day, ____Renato Stabile____ is hereby ordered to assume representation of the defendant in the above captioned matter, NUNC-PRO-TUNC ____11-22-2021____.

                                        **SO ORDERED**.

                                        **UNITED STATES DISTRICT JUDGE**

November 22, 2021
**Dated:**  New York, New York