<div style="text-align:center">
Renato C. Stabile<br>
Attorney at Law<br>
580 Broadway, Suite 400<br>
New York, NY  10012<br>
212-219-1469 (o)<br>
212-219-1897 (fax)<br>
917-204-0181 (mobile)<br>
renato.c.stabile@gmail.com
</div>

<div style="text-align:right">February 18, 2022</div>

<u>VIA ECF</u>
The Honorable Ronnie Abrams
Thurgood Marshall
United States Courthouse
40 Foley Square
New York, NY 10007

    Re: *United States v. Guillermo Ovalle*, 11-CR-1065 (RA)

Dear Judge Abrams:

  I am the attorney for Guillermo Ovalle, defendant in the above referenced matter, who is currently scheduled to be sentenced by your Honor on March 3, 2022 at 2:00 PM. With the consent of the Government, I request that sentencing be adjourned to **April 20, 2022 at 11:00 AM**, a date and time that I understand from your Honor's Courtroom Deputy is available to the Court. The reason for the request is that I have a scheduling conflict on March 3, to allow additional time to prepare the defendant's sentencing submission, and is a date that both the Defense and Government are available. I have communicated with Assistant United States Attorney Robert Sobelman, who does not object to this request.

  I thank the Court for its consideration.

<div style="margin-left:50%">
Sincerely,<br>
/s/<br>
Renato C. Stabile
</div>

cc: AUSA Robert Sobelman, Esq.
   (via ECF)

Application granted. The sentence is adjourned to April 20, 2022 at 11:00 a.m.

SO ORDERED.

_____
Ronnie Abrams, U.S.D.J.
February 22, 2022