LAW OFFICE OF ANTHONY CECUTTI
217 Broadway, Suite 707
New York, New York 10007
Phone: (212) 619-3730
Cell: (917) 741-1837
Fax: (212) 962-5037
anthonycecutti@gmail.com

August 1, 2025

Application denied without prejudice to renew.

SO ORDERED.

BY ECF
The Honorable Ronnie Abrams
United States District Court Judge
Southern District of New York
40 Foley Square
New York, New York 10007

Ronnie Abrams, U.S.D.J.
August 21, 2025

**Re: United States v. Guillermo Ovalle; 11 Cr. 1065 (RA)**

Dear Judge Abrams:

    I represent Guillermo Ovalle in the above-referenced matter. I write to respectfully request that Mr. Ovalle, now 68 years old, be granted early termination from supervised release pursuant to 18 U.S.C. Section 3583(e)(1).[1] Over nearly the last 3 years, Mr. Ovalle has been fully compliant with all mandatory, standard and special conditions of his supervision, has satisfied all financial obligations and has engaged in positive and productive conduct. Simply put, there is no need to continue to supervise him.[2]

    By way of background, Mr. Ovalle was initially charged by complaint on August 11, 2011,[3] and later charged by Information on December 13, 2011, with one count of possession of child pornography. Mr. Ovalle accepted responsibility and pled guilty the same day before

---

[1] A court may terminate supervised release "at any time after the expiration of one year of supervised release . . . if it is satisfied that such action is warranted by the conduct of the defendant released and the interest of justice." 18 U.S.C. Section 3583(e)(1).

[2] After conferring with Probation Officer Sandra Osman, the Department of Probation ("Probation") does not consent based on the nature of Mr. Ovalle's crime of conviction. The Government opposes this request at this time.

[3] Mr. Ovalle was initially charged with one count of distribution of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(2) and (b)(1), and one count of possession of child pornography, in violation of 18 U.S.C. §§ 2252A(a)(5)(B) and (b)(2).

Magistrate Judge Katz pursuant to a plea agreement with the Government. After decades of law-abiding living, this was his first offense.

In the plea agreement, the parties agreed that the Guidelines range was 57 to 71 months' imprisonment. On May 8, 2012, Mr. Ovalle absconded and a warrant was issued. On May 16, 2012, he was scheduled to be sentenced, but he failed to appear. On September 22, 2021, he was arrested and detained in Spain, and on November 22, 2021, Mr. Ovalle was extradited to the United States. Upon arrival in the United States, he was detained at MDC Brooklyn.

On April 20, 2022, this Court sentenced Mr. Ovalle. Since he absconded, an obstruction of justice enhancement applied. Further, a reduction for acceptance of responsibility was removed in light of the application of the obstruction enhancement. Because of these adjustments, the applicable Guidelines range, based on a total offense level of 34 and a Criminal History Category of I, was 151 to 188 months' imprisonment. However, the applicable Guidelines range was 120 months' imprisonment because the offense of conviction carried a ten-year statutory maximum. Probation recommended a sentence of 60 months' imprisonment. The Government sought a sentence of greater than 60 months' imprisonment.

The Court agreed that a significant downward variance was appropriate and sentenced Mr. Ovalle to 18 months' imprisonment. This was based on Mr. Ovalle's lack of any prior criminal history and improper contact with children, a report from an expert and clinical psychologist who found that Mr. Ovalle was at low risk of reoffending and did not have any sexual interest in children. In addition, Mr. Ovalle had a long history of law-abiding and productive living, including gainful employment and volunteer work, prior to his offense. Finally, Mr. Ovalle accepted responsibility, engaged in therapy, and was genuinely remorseful for his aberrant conduct.

Mr. Ovalle was released from prison in Pennsylvania on December 30, 2022. He returned to New York City, where he had to completely rebuild his life. He had nothing – no money, no housing, no work, and no community. While many fall short and revert to criminal activity, Mr. Ovalle has complied with *all* mandatory, standard, and special conditions of supervision without issue. This includes full compliance with sex offense evaluation and treatment and not accessing or viewing any sexually explicit material involving minors or having any contact with anyone under 18 years of age. In fact, Mr. Ovalle, on his own initiative, found and participated in treatment programs at Empire States Forensics.[4] This has involved two and half years of weekly individual and group therapy, and voluntarily requesting the "Road to Freedom" course, which he is scheduled to complete at the end of this month. While participating in treatment, Probation assessed Mr. Ovalle's risk classification as Level 1, the lowest risk of reoffending.

---

[4] *See* https://empirestateforensics.com/

In addition to compliance with the special conditions of supervision, Mr. Ovalle acquired stable housing, earned his sightseeing guide license, and is employed full-time as a tour guide at the "Top of the Rock" at Rockefeller Center.  Mr. Ovalle also earned his food protection certificate and engaged in volunteer work at "God's Love We Deliver."  Finally, as a dedicated Catholic, he attends mass regularly at St. Patrick's Cathedral and is a member of "Out at Saint Paul's" ("OSP"), a ministry for LGBTQ+ people.[5]

Now 68 years old, Mr. Ovalle is finding it increasingly difficult to live in New York City. He would like to return home to Bogotá, Colombia and be reunited with his remaining family. There, it would be less expensive and less demanding on him physically.  Early termination from supervision will permit Mr. Ovalle to relocate to his home country, and have increased contact with his family, engage in writing books[6] and work, all of which will further decrease any risk of recidivism.

Accordingly, based on his conduct while on supervision and in the interests of justice, I respectfully request that Mr. Ovalle be granted early termination from supervised release.

Thank you for your consideration.

Respectfully submitted,

*Anthony Cecutti*

Anthony Cecutti, Esq.

---

[5] *See* https://www.outatstpaul.org/

[6] Mr. Ovalle has a goal of becoming a published author.  He is seeking to complete a series of books in Spanish.  He has completed the first, entitled, "Años detrasteos."